IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JIMMY LEE BOEN, | ) | Case No. 21-20885-DLS |
| MARSHELLA RENE BOEN, | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## CHAPTER 11 FINAL REPORT AND APPLICATION FOR FINAL DECREE

COME NOW Debtors, Jimmy Lee Boen and Marshella Rene Boen by and through their attorney, Colin N. Gotham of Evans & Mullinix, P.A., and submits that the plan of reorganization confirmed herein has been substantially consummated and makes application for a final decree, pursuant to the provisions of Rule 3022, Federal Rules of Bankruptcy Procedure.

1. An Order of Confirming Chapter 11 Plan [Doc. 80] was entered in this case on January 24, 2022.

2. That all or substantially all property proposed by the plan to be transferred has been transferred.

3. Debtors or the successor to the debtor under the plan has assumed the business or has assumed the management of all or substantially all property dealt with by the plan.

4. Distribution under the plan has commenced.

5. Since confirmation, the reorganized Debtors have begun making the payments called for in Debtor's Confirmed Chapter 11 Plan and paid the Subchapter V Trustee fees.

6. There are no other facts which must be brought to the Court's attention to enable it to rule on this application.

WHEREFORE, the reorganized Debtors herein pray for the entry of the Final Decree pursuant to Bankruptcy Rule 3022, finding that the estate has been fully administered and that

00924081

the plan has been substantially consummated and ordering, as appropriate:

a. Discharge of the debtor-in-possession or trustee and surety;

b. Any specific injunction or other equitable provisions as requested herein; and

c. The closing of the case.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtors*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and by U.S. First Class Mail, postage prepaid, on this 9th day of March 2022 to the parties appearing on the attached mailing matrix.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343